UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:05-cr-00140-5 |
| JARVIS L. JACKSON, | ) | |
| Defendant. | ) | |

## MEMORANDUM OPINION AND ORDER

The Government and Jarvis L. Jackson have filed a Joint Motion that Mr. Jackson's Motion for Compassionate Release (Doc. Nos. 445 and 449) should be granted. The parties agree that Mr. Jackson, has "a serious physical or medical condition . . . that substantially diminishes" his ability to provide self-care in a correctional facility because he has Type 2 diabetes and is obese. (Doc. No. 456 at 2).

The Court also agrees that the § 3553(a) factors support the Joint Motion. Mr. Jackson engaged in serious criminal behavior arising from a conspiracy to possess within intent to distribute five kilograms or more of cocaine. He was sentenced to 292 months pursuant to a plea agreement accepted by the Court. At the time of sentencing he qualified as a career offender with a mandatory minimum of life imprisonment. (Id.). Today, with the benefit of the First Step Act, he would not be a career offender and his Guideline range would be 151 to 188 months. (Doc. No. 456 at 2). He has served 213 months. The Court concludes that his continued detention is no longer appropriate.

Accordingly, Mr. Jackson's Motion for Compassionate Release (Doc. Nos. 445 and 449) is **GRANTED.** Mr. Jackson's sentence is reduced to **TIME SERVED**. An appropriate release plan is in place and the defendant shall be released immediately.

His is term of supervised release will begin immediately with the following additional conditions: he will spend the first 14-days in quarantine according to CDC recommendations. All other conditions of his 10 year supervised release period will remain the same.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE